CHRISTOPHER J. HICKS
Washoe County District Attorney
MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
P.O. Box 11130
Reno, NV 89520-0027
mlarge@da.washoecounty.us
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KAREN THOMPSON, individually and as Co Special Administrator of the ESTATE OF JUSTIN THOMPSON; RICK THOMPSON, individually and as Co Special Administrator of the ESTATE OF JUSTIN THOMPSON, FRED WAID, Co-Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF WASHOE the legal entity controlling the WASHOE COUNTY SHERIFF'S OFFICE; SHERIFF CHUCK ALLEN; WASHOE COUNTY SERGEANT RANDY HILL, WASHOE COUNTY DEPUTY JOEL HOSPODAR; WASHOE COUNTY DEPUTY TREVOR SOLANO; WASHOE COUNTY DEPUTY KIMBERLY PEEK; WASHOE COUNTY DEPUTY KENNETH CAMERON; WASHOE COUNTY DEPUTY PAUL HUBBELL; WASHOE COUNTY DEPUTY BRAD MUSTAFA; WASHOE COUNTY DEPUTY NICOLAS TONE; WASHOE COUNTY DEPUTY PETER MICHEL and DOES 10-10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00333-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

1 | COMES NOW, Defendants WASHOE COUNTY, by and through counsel. Michael W. Large, Deputy District Attorney, and Plaintiffs KAREN THOMPSON, individually and as Co Special Administrator of the ESTATE OF JUSTIN THOMPSON; RICK THOMPSON, individually and as Co Special Administrator of the ESTATE OF JUSTIN THOMPSON, FRED WAID and hereby respectfully request that this matter be dismissed.

Dated this 9th day of November, 2017.      Dated this 9th day of November, 2017.

CHRISTOPHER J. HICKS
District Attorney

By  /s/ Michael W. Large                         By:  /s Peter Goldstein
    MICHAEL W. LARGE                          PETER GOLDSTEIN
    Deputy District Attorney                      10795 West Twain Avenue, Ste. 110
    P.O. Box 11130                                     Las Vegas, NV 89135
    Reno, NV 89520-0027                          (702) 474-6400
    mlarge@da.washoecounty.us              ATTORNEY FOR PLAINTIFFS
    (775) 337-5700
    ATTORNEYS FOR WASHOE
    COUNTY

DATED this 13th day of     November    , 2017.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Peter Goldstein, Esquire

Dated this 9th day of November, 2017.

　　　　　　　　　　　　　　　　　　　/s/ C. Theumer
　　　　　　　　　　　　　　　　　　　C. Theumer